# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THOMAS ABRAMS, ET AL

VERSUS

OCHSNER CLINIC FOUNDATION, ET AL

NO.   2025 CW 1332

**MARCH 9, 2026**

---

In Re:   Thomas Abrams, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 748748 c/w CZ002471 c/w 751419 c/w 752412.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

   **WRIT GRANTED WITH ORDER.** The district court's October 13, 2025 judgment which granted the exceptions of prescription filed by State Defendants, the Louisiana Patient's Compensation Fund Oversight Board, Louisiana Governor Jeffrey Landry, and Commissioner of the Louisiana Division of Administration, Taylor F. Barras, and dismissed plaintiff's claims against those defendants, is an appealable judgment. Thus, the writ application is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to plaintiff, Thomas Abrams, pursuant to his notice of intent to seek supervisory writs. See **In Re Howard**, 541 So.2d 195 (La. 1989) (*per curiam*). Additionally, a copy of this court's order is to be included in the appellate record.

SMM
BDE
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT